**ORDER:**
Motion granted.

*/s/ E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IVY DELLA JONES, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 3:10-1125 |
| | ) JUDGE WISEMAN |
| | ) MAGISTRATE JUDGE KNOWLES |
| **MICHAEL J. ASTRUE**, | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY, PURSUANT TO LR7.01(b)

Comes now the undersigned Assistant United States Attorney, pursuant to LR7.01(b), to request leave of the Court to file Defendant's Sur-Reply to Plaintiff's Reply Brief to Defendant's Response to Plaintiff's Motion for Judgment on the Administrative Record. (Docket Entry 18.)

Wherefore, Defendant respectfully requests that this Court permit the entry of the attached sur-reply.

    Respectfully submitted,

    JERRY E. MARTIN
    United States Attorney for the
    Middle District of Tennessee

    BY: <u>s/ S. Delk Kennedy</u>
    S. DELK KENNEDY
    Assistant United States Attorney
    B.P.R. 009799
    110 Ninth Avenue South, Suite A-961
    Nashville, Tennessee 37203-3870
    Telephone: 615/736-5151